Chapter 13 Plan Summary

Debtor: Belinda F. Twyman  SSN: 9256  Case No. ___  Net Monthly Earnings ___
Debtor: ___  SSN: ___  Number of Dependents: -0-

I. Plan Payments:
   X Debtor(s) propose to pay a periodic payment of $500.00 ___ weekly ___ bi-weekly ___ semi-monthly  X monthly into the plan; or
   ___ Payroll Deduction Order to ___
   for $___ ___ weekly ___ bi-weekly ___ semi-monthly ___ monthly.

   The length of the plan is 36 months, and the total debt to be paid through the plan is $18,000.00.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code, including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless the creditor agrees otherwise:

   | CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
   |---|---|---|---|
   | NONE | | | |

   B. Total ATTORNEY FEE of $2500.00 to be paid as follows: ___

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts

   | Name of Creditor | Total Amount of Debt | Amount of Reg. Payments to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
   |---|---|---|---|---|---|---|---|
   | NONE | | by Trustee / by Debtor | | | | | |
   | | | by Trustee / by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through the Trustee: Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay.

   | Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
   |---|---|---|---|---|---|---|---|---|
   | Motors Accept. Corp. | $110.00 | 11000.00 | 11000 | -0- | 2004 Nissan Murano | 5.25 | $440.42 | Confirm |

III. Other debts (not shown in (1) or (2) above which Debtor(s) propose(s) to pay direct:

   | Name of Creditor | Total Amount of Debt | Amount of Regular Payments | Description of Collateral | Reason for Direct Payment |
   |---|---|---|---|---|
   | None | | | | |

IV. Special Provisions: Debtor(s) will continue to pay pre- and post-petition electrical service in the ordinary course of business as adequate assurance of future payment under Title 11 U.S.C. § 366.
   X This is an original plan.
   ___ This is an amended plan replacing the plan dated ___
   X SECURED CLAIM HOLDERS WILL BEGIN RECEIVING DISTRIBUTIONS BEGINNING: @ confirmation, 20___.
   X This plan proposed to pay unsecured creditors approximately -0- %.
   ___ Other provisions: ___

/s/ Shavon L. Richardson
CAMPBELL & CAMPBELL, PC
400 S. Court Square
P. O. Drawer 756
Talladega, AL 35161
(256) 761-1858

Dated: 1/17/14

/s/ Belinda F. Twyman
Signature of Debtor

Signature of Debtor